**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7206

KEVIN JAMISON,

             Plaintiff - Appellant,

        v.

NFN WHITTLETON, Captain; NFN WALTERS, Officer; NFN HAYWOOD,
Sergeant; EVANS CORRECTIONAL INSTITUTION,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Solomon Blatt, Jr., Senior District
Judge.  (9:06-cv-03462-SB)

Submitted:  April 14, 2008          Decided:  May 6, 2008

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Jamison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Jamison appeals the district court's order denying his request for reimbursement of the filing fee paid for his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jamison v. Whittleton</u>, No. 9:06-cv-03462-SB (D.S.C. July 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>